ESTEBAN POLONSKI.,
JUANA POLONSKI
POSTAL BOX 410985
SAN FRANCISCO, CA 94141

PLAINTIFF(S): In Propria Persona

**FILED**
JAN - 7 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN POLONSKI., JUANA POLONSKI<br><br>Plaintiff(s)<br><br>**COMPLAINT**<br>-vs-<br><br>CENTRAL MORTGAGE COMPANY<br>AND DOES 1 TO 10 Inclusive<br><br><br>Defendant(s) | 2:09-CV-0048 MCE KJM PS<br><br>CASE NO:_____<br><br>**PLAINTIFF(S) VERIFIED<br>FOR DAMAGES**<br><br>1. **FRAUD**<br>2. **USURY**<br>3. **ABUSE OF PROCESS**<br>4. **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**<br>5. **TRESSPASSING** |

### GENERAL ALLEGATIONS:

1.  Plaintiff(s), ESTEBAN POLONSKI. and JUANA POLONSKI.,

[hereinafter, "**Plaintiff(s)**"] is currently and at all times herein mentioned, the

individuals residing in The City of San Francisco, County of San Francisco and of

The State of California.

1

2. Defendants CENTRAL MORTGAGE COMPANY, AND DOES 1 to 10 Inclusive, Are, and at all times mentioned herein an unknown business entity doing business in the City of San Francisco, County of San Francisco, State of California.

3. Plaintiff(s) ESTEBAN POLONSKI. and JUANA POLONSKI, are Informed and believe and thereupon allege on such basis that DOES 1 TO 10, INCLUSIVE are legally responsible for the acts alleged herein and are sued by such fictitious names, because Plaintiff(s) have not yet been able to ascertain their true names and identities. Upon ascertainment of such information, Plaintiff(s) will seek leave of court to amend and serve this Complaint and any changes thereto to specifically identity said **DOE DEFENDANTS 1 TO 10, INCLUSIVE** by their true names and capacities.

4. Plaintiff(s) are informed and believe thereupon allege that at all times herein Mentioned, **the Defendants, and all of them** and Doe Defendants 1 to 10 were the agents, employee, employer, servants, representatives of each of the remaining Defendants and were acting at all times mentioned herein, within the scope and course of such relationship and with the knowledge, consent, and/or ratification of the other Defendants and that each of the acts or omissions alleged herein were performed within the scope and course of that relationship as well as within their own specific individual capacities.

5. The obligation sued upon herein was incurred in and is payable in the City of SAN FRANCISCO, The County of San Francisco, and in The State of California.

**FIRST CAUSE OF ACTION:**

### {FRAUD against all Defendants and Does 1 to 10 Inclusive}

6. Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 16, inclusive, of this Complaint by this reference, as though set forth fully herein.

7. Plaintiff(s) caused to be delivered to The Defendants, and all of them, and Doe Defendants 1 to 10, the UCC filing and other documentation, with the knowledge and agreement that such would act as, and prove ownership of certain Real Property located in the City of Sacramento, the County of Sacramento, at:

1191 Morse Avenue, Sacramento, CA  95864, [hereinafter, THE PROPERTY].

8. Subsequently, the Plaintiff(s) entered into an agreement associated with THE PROPERTY and the Defendants and all of them and Doe Defendant 1 to 10, agreed to act in a manner which was to the sole benefit of the Plaintiff(s).

9. Recently, Plaintiff(s) came to find that the Defendants, and all of them, and Doe Defendants 1 to 10, failed to disclose certain facts that they were necessarily required to disclose, and went further to conceal such facts known by each of the Defendants and all of them, and Doe Defendants 1 to 10.

10. The Defendants, and all of them and Doe Defendants 1 to 10, did in fact owe a Fiduciary duty to the Plaintiff(s) and an absolute duty to disclose anything which might be relevant to fraudulent activity by any of its associates and/or employees.

11. The Defendants, and all of them and Doe Defendants 1 to 10, knew that the Plaintiff(s) were not aware of the material facts not disclosed by the Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive.

12. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive,

concealed such material facts within their own files and records and used their titles as Officers to intimidate, and illegally steal the property of the Plaintiff(s).

13. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, knowingly acted with a total disregard for the truth of the material facts.

14. The Defendants and all of them knew, including Doe Defendants 1 to 10 Inclusive, that they were acting under color of Law and that the Plaintiff(s) had Remedy under actual Law and did not disclose this to the Plaintiff(s).

15. The Defendants and all of them including Doe Defendants 1 to 10 Inclusive, knew that their actions through the misrepresentation of the facts would immediately cause the Plaintiff(s) injuries, and that without the willful, intentional and fraudulent actions of the Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive, the Plaintiff(s) would not have been made to suffer any injuries.

16. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, knew that their misrepresentations would in fact become the predominant, decisive and substantial factors in obtaining the confidence and influencing the course of the conduct of the Plaintiff(s).

## SECOND CAUSE OF ACTION:

**{USURY against all Defendants and Does 1 to 10 Inclusive}**

17. Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 20, inclusive, of this Complaint by this reference, as though set forth fully herein.

18. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive,

Refused to honor the Contract.

19. The Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive, did not disclose to the Plaintiff(s) that their Promissory Note was the instrument used to secure the credit to purchase the home, and that the bank actually got paid up front on the home using the Plaintiff(s) purchasing, and then immediately sold the Promissory Note, and got paid on it again, without disclosing these facts, to the Plaintiff(s), and then charged interest on credit created by the Promissory Note, including Doe Defendants 1 to 10 Inclusive.

*See Blacks Law Dictionary 6th Edition* <u>USURY</u>

*Charging an illegal rate of interest, an illegal contract for a loan or forbearance of money, goods, or things in action, by service was taken. The bank never disclosed the fact that when the plaintiff signed the promissory note, the money for the loan was created, and the bank never lent money, they lent credit.*

20. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, agreed to violate the Plaintiff(s) rights, and acting in a bullish, and threatening manner, causing irreparable harm to the Plaintiff(s).

### THIRD CAUSE OF ACTION:

**{ABUSE OF PROCESS against all Defendants and Does 1 to 10 Inclusive}**

21. Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 26, Inclusive, of this Complaint by this reference, as though set forth fully herein.

22. The Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive, while making specific use of their superior knowledge and skills in the area of **LAW**,

formulated a plan of operation to create, and design documentation to present to the Plaintiff(s), all in an effort to gain the trust of the Plaintiff(s), to harm and defraud the Plaintiff(s).

23. The Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive, worked together to produce, manufacture and present to the Plaintiff(s), documentation the Defendants and all of them knew to be false, falsified, and untrue.

24. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, knew that the Plaintiff(s) were unaware of the falsity of the representations made to the Plaintiff(s), and that such falsification would result in harm, damage, and not only immediate pecuniary loss, but financial loss to the Plaintiff(s) as well.

25. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, have a *documented history* of the illegal and unauthorized use of their superior **LAW**, experience and skills to harm unsuspecting individuals seeking to protect themselves.

26. The process used in this matter was not designed to be used in this capacity to fraudulently intimidate, nor injure the Plaintiff(s).

## FOURTH CAUSE OF ACTIONS:

## {
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS}

**{Against all Defendants and Does 1 to 10 Inclusive}**

27. Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 28, inclusive, of this Complaint by this reference, as though set forth fully herein.

28. The Defendants and all of them, including Doe Defendants 1 to 10 Inclusive,

intentionally, recklessly and without regard to the probability of the emotional distress their conduct would cause to The Plaintiff(s), intentionally provided false information, and even physically came onto THE PROPERTY without the expressed written permission of The Plaintiff(s).  And, "BUT FOR" the unjustified malicious and callous conduct on the part of the Defendants, the Doe Defendants, and all of them, the Plaintiff(s) ESTEBAN POLONSKI. AND JUANA POLONSKI, would not have suffered damages from the continued intrusion by the Defendants and all of them.

## FIFTH CAUSE OF ACTIONS:

## {TRESSPASSING}

### {Against all Defendants and Does 1 to 10 Inclusive}

29.  Plaintiff(s) hereby reference hereto and incorporate paragraphs1 through 30, Inclusive, of this Complaint by this reference, as though set forth fully herein.

30.  The Defendants and all of them, including Doe Defendants 1 to 10 Inclusive, did knowingly and willingly ***TRESSPASS*** on private Land protected by a Federal Land Patent, after seeing the signs posted and the penalty for ***TRESSPASSING*** then knowingly and willingly accepted the contract, and ***TRESSPASSED***.

1 | **WHEREFORE, ESTEBAN POLONSKI. AND JUANA POLONSKI,**

2 | (The Plaintiff(s) prays for judgment against each Defendant, including Doe Defendants

3 | 1 to 10 Inclusive, in each cause of action as follows:

4 |
5 |     1.]     **SPECIAL DAMAGES** in the amount of **$2,000,000.00+**

6 |     2.]     **GENERAL DAMAGES** in the amount of **$2,000,000.00+**

7 |     3.]     For all costs and fees incurred for this lawsuit

8 |     4.]     For any such other or further relief as this Court deems just, fair or

9 | Appropriate.

10 |
11 | DATED: 01/07/09            _Esteban Polonski_
12 |                                                                  ESTEBAN POLONSKI.
13 |                                                                  Plaintiff(s) in Pro Per

14 |                                                                  JUANA POLONSKI
15 |                                                                  Plaintiff(s) in Pro Per

16
17
18
19
20
21
22
23
24
25
26
27
28

## VERIFICATION/DECLARATION OF:

## ESTEBAN POLONSKI. AND JUANA POLONSKI,

We, **ESTEBAN POLONSKI. AND JUANA POLONSKI**, acting In Pro Per, hereby declare under the penalty of perjury that I/We have read this **COMPLAINT FOR DAMAGES** and we further declare that under the penalty of perjury that the statements contained herein are true and correct to the best of my/our knowledge, except as those matters stated upon information and belief, and as to those matters, we believe them to be true.

This verification/declaration has been executed on ~~December~~ January 06, 2009 in the City of San Francisco, The County of San Francisco, and in The State of California.

DATED: 01/06/09

_Esteban Polonski_
ESTEBAN POLONSKI.
**Plaintiff(s) in Pro Per**

_(signature)_
JUANA POLONSKI
**Plaintiff(s) in Pro Per**

9