IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTEBAN POLONSKI, et al.,

      Plaintiffs,                      No. CIV S-09-0048 MCE KJM PS

    vs.

CENTRAL MORTGAGE COMPANY,

      Defendant.                    ORDER TO SHOW CAUSE

_____/

        This action was filed by plaintiffs proceeding in propria persona. Plaintiffs have alleged state law claims against their mortgage company, which they assert does business in the City of San Francisco. The federal court is a court of limited jurisdiction. The complaint fails to set forth an adequate basis for subject matter jurisdiction. It does not appear plaintiffs and defendant are citizens of different states. See 28 U.S.C. § 1332. Moreover, there are no federal claims alleged.

        Accordingly, IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, within fourteen days from the date of this order why this action should not be dismissed for lack of subject matter jurisdiction.

DATED: January 16, 2009.

_____
U.S. MAGISTRATE JUDGE

006/polonski.osc

1