1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ESTEBAN POLONSKI, et al.,

11          Plaintiffs,                    No. CIV S-09-0048 MCE KJM PS

12      vs.

13   CENTRAL MORTGAGE COMPANY,

14          Defendant.              ORDER

15   _____/

16          This action was filed by plaintiffs proceeding in propria persona.  Plaintiffs were

17   ordered to show cause why this action should not be dismissed for lack of subject matter

18   jurisdiction.  Defendant then filed a motion to dismiss.  Plaintiffs have now filed an amended

19   complaint, as a matter of right under Federal Rule of Civil Procedure 15, in which they allege

20   diversity of citizenship.  Plaintiffs further allege that the obligation underlying their causes of

21   action was entered into in the City of San Francisco.  It appears, therefore, that this action is

22   properly venued in the Northern District of California.  28 U.S.C. § 1391(a).

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  The order to show cause is discharged.

25          2.  The hearing on defendant's motion to dismiss is vacated in light of the filing of

26   the amended complaint.

1

1          3.  This matter is transferred to the United States District Court for the Northern

2   District of California.

3   DATED:  February 5, 2009.

4   006
    polonski.tra

                                        _____
                                        U.S. MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                        2