ESTEBAN POLONSKI & JUANA POLOLNSKI
POSTAL BOX 410985
SAN FRANCISCO,
CALIFORNIA, 94141
(415) 730-3841

E-filing

FILED
MAY 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| ESTEBAN POLONSKI & JUANA POLONSKI | CASE NUMBER |
|---|---|
| Plaintiff(s), | 3-09-CV-00599 BZ |
| v. | |
| CENTRAL MORTGAGE COMPANY | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Juana Polonski & Esteban Polonski.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

05/04/2009
Date

*Esteban Polonski*
Signature of Attorney/Party

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)   NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)