IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>          Plaintiff,<br>     v.<br>CRUZ-ARTIAGA,<br>          Defendant. | No. C 09-00599 CRB<br>**ORDER DISMISSING CASE** |

   Defendant Carlos Cruz-Artiaga has filed a response to this Court's September 24, 2012 Order to Show Cause (dkt. 28), stating that "[t]he defense concurs with the government's legal analysis [and] has no objection to its request for dismissal." See dkt. 29. Accordingly, the Court DISMISSES Plaintiff's petition under § 2255, with prejudice.

   **IT IS SO ORDERED.**

Dated: October 9, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\599\order dismissing.wpd